# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
) Case No: 15-09016
**Kenneth R Haywood & Doris W Haywood** ) Chapter 13
) Judge Randal S Mashburn
)
)
)
Debtors. )

## ORDER GRANTING MOTION TO WITHDRAW UNCLAIMED FUNDS

On March 31, 2020, a motion was filed for the Claimant(s), DORIS W. HAYWOOD, individually and as successor to KENNETH R. HAYWOOD (deceased), for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C § 347(a). The motion and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds;

Accordingly, it is hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $5,448.60 held in unclaimed funds be made payable to DORIS W. HAYWOOD, individually and as successor to KENNETH R. HAYWOOD (deceased) and be disbursed to the payee at the following address:

DORIS W. HAYWOOD, individually and as successor to KENNETH R. HAYWOOD (deceased)
c/o American Property Locators, Inc.
3855 South Boulevard, Suite 200
Edmond, OK 73013

The clerk will disburse these funds as soon as practicable from the entry of this order.

*This order was signed and entered electronically as indicated at the top of the first page*

SUBMITTED FOR ENTRY:

*/s/ Ron B. Leppke*

_____
Ron B. Leppke
American Property Locators, Inc.
3855 South Boulevard, Suite 200
Edmond, OK 73013
Ph: (405) 3404900, Ext. 14
Fax: (405) 340-5968
rleppke@apl-inc.com
Attorney-In-Fact